Beth S. Rose
SILLS CUMMIS & GROSS P.C.
101 Park Avenue, 28th Floor
New York, NY 10178
Phone: (212) 643-7000
Facsimile: (212) 643-6500
*Attorneys for Defendant Amazon.com, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

SHANNON O'TOOLE,                  :    Civil Action No.

                                 :

          Plaintiff,       :

                                 :

   -against-               :

                                 :    **NOTICE OF REMOVAL**

AMAZON.COM, INC. a/k/a AMAZON.COM  :
SERVICES, INC. d/b/a AMAZON.COM and  :
AMAZON MARKETPLACE,       :     *(Document Electronically Filed)*

                                 :

          Defendants.      :

                                 :

------------------------------------------------------------ X

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
       COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446(a),

Defendant Amazon.com, Inc. ("Amazon") (improperly pled as "Amazon.com, Inc. a/k/a

Amazon.com Services, Inc. d/b/a Amazon.com and Amazon Marketplace"), hereby removes the

above-captioned action from the Supreme Court of the State of New York, County of New York,

to the United States District Court for the Southern District of New York, because there is

complete diversity of citizenship and the amount in controversy exceeds $75,000.

**I.     INTRODUCTION**

      Plaintiff Shannon O'Toole filed a civil action against Amazon captioned *Shannon O'Toole*

*v. Amazon.com, Inc., et al.*, Index No. 152558/2022, in the New York Supreme Court, New York

County (the "State Court Action"). Plaintiff served the Summons and Complaint on Amazon on March 28, 2022. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A. The Complaint alleges that Plaintiff purchased a skin care product called Ariella Mole Corrector Skin Tag Remover ("the product") from third-party seller Next Gratitude on the Amazon.com marketplace on or about May 14, 2021.  (Exhibit A, ¶¶ 5, 6, 26). Plaintiff alleges that she used the product on May 25, 2021 and suffered severe and permanent skin injuries. (Exhibit A, ¶¶ 30-34).  Plaintiff is alleging damages of $10,000,000.

## II.     THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION

This action is removable under 28 U.S.C. § 1441 because this Court would have had original jurisdiction under 28 U.S.C. § 1332(a) had Plaintiff filed this action initially in federal court. Plaintiff and Amazon are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A.     Complete Diversity Exists Between the Parties

#### 1.     Plaintiff

Plaintiff is a resident of the State of New York. (Exhibit A, ¶ 1).

#### 2.     Defendant Amazon.com, Inc.

A corporation is a citizen of its state of incorporation and of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Defendant Amazon.com, Inc., is a Delaware corporation with its principal place of business in Washington. Amazon is therefore a citizen of the states of Delaware and Washington.

**B.      The Amount in Controversy Exceeds $75,000**

The amount in controversy requirement set forth in 28 U.S.C. § 1332 is satisfied because Plaintiff has asserted damages of $10,000,000.

In personal injury actions like this one, New York does not permit plaintiff to identify the amount of damages sought in the Complaint.  *See* CPLR § 3017(c). While not alleging a specific damage sum, the Complaint asserts that the product caused Plaintiff to "require extensive medical treatment including hospitalization and to suffer severe and permanent personal injuries."  (Exhibit A, ¶ 34)

To confirm that the amount in controversy exceeds $75,000, on April 26, 2022, Amazon served Plaintiff with a CPLR § 3017(c) Demand that Plaintiff set forth her demand for damages. Plaintiff responded to the CPLR § 3017(c) Demand on April 28, 2022 and claimed damages of $10,000,000. A copy of Plaintiff's Response to Demand for Amount of Damages Pursuant to CPLR 3107(c) is attached hereto as Exhibit B.

Accordingly, based upon Plaintiff's response to the CPLR § 3017(c) demand, and the allegations in the Complaint, it is clear the matter in controversy exceeds $75,000.

## III.    SERVICE OF COMPLAINT AND TIMELINESS OF REMOVAL

"[T]he removal clock does not start to run until the plaintiff serves the defendant with a paper that explicitly specifies the amount of monetary damages sought." *See Moltner v. Starbucks Coffee Co.*, 624 F.3d 34, 38 (2d Cir. 2010).

Amazon was served with the Summons and Complaint on March 28, 2022. In accordance with CPLR § 3017(c), the Complaint does not allege a specific claim for damages. Therefore, on April 26, 2022, Amazon served Plaintiff's counsel with a CPLR § 3017(c) demand for Plaintiff to set forth her alleged damages. On April 28, 2022, Plaintiff served her response to Amazon's CPLR

§ 3017(c) demand, which for the first time set forth Plaintiff's claim for damages. (Exhibit B). This Notice of Removal is being filed within 30 days of Amazon being served with Plaintiff's response to the CPLR § 3017(c) Demand. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(2)(B).

## IV.     VENUE OF REMOVED ACTION

The United States District Court for the Southern District of New York is the United States District Court embracing the New York Supreme Court, New York County, where this action was filed and pending. Therefore, venue is proper in the United States District Court for the Southern District of New York under 28 U.S.C. § 1441(a).

## V.      NOTICE TO PLAINTIFF AND TO THE STATE COURT

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being contemporaneously served on all Plaintiff's counsel and filed with the New York Supreme Court, New York County, where this case was originally filed and is currently pending.

WHEREFORE, Defendant Amazon.com, Inc., pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes the Action in its entirety from the Supreme Court of the State of New York, New York County, to this Court.

Dated: May 27, 2022                          Respectfully submitted,

_s/ Beth S. Rose_
Beth S. Rose
SILLS CUMMIS & GROSS P.C.
101 Park Avenue, 28th Floor
New York, NY 10178
Telephone: (212) 643-7000
Facsimile: (212) 643-6500
brose@sillscummis.com

_Attorneys for Defendant_
_Amazon.com, Inc._

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 27, 2022, I caused a copy of Defendant Amazon.com, Inc.'s

Notice of Removal to be served via e-mail and regular mail on the following counsel:

Elizabeth Eilender, Esq.
Jaroslawicz & Jaros PLLC
225 Broadway, 24th Floor
New York, New York 10007

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false I am subject to punishment.


                                        *s/ Beth S. Rose*
                                        BETH S. ROSE

Dated:  May 27, 2022

EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SHANNON O'TOOLE,                                    Index No:   152558/2022

                                  Plaintiff,        Date Purchased: 3/24/22

        -against-

AMAZON.COM, INC. a/k/a AMAZON.COM SERVICES, INC.    # SUMMONS
d/b/a AMAZON.COM and AMAZON MARKETPLACE,
                                                    Plaintiff designates NEW YORK County
                                  Defendant.        as place of trial, based on address of a
                                                    party.

TO THE ABOVE-NAMED DEFENDANT:

        *YOU ARE HEREBY SUMMONED* to answer the complaint in this action and to serve a

copy of your answer, on the plaintiff's Attorneys within 20 days after the service of this

summons, exclusive of the day of service (or within 30 days after service is complete if this

summons is not personally delivered to you within the State of New York) and to file a copy of

your answer with the Clerk of the above-named Court; and in case of your failure to appear or

answer, judgment will be taken against you by default for the relief demanded in the complaint.

**NOTICE OF ELECTRONIC FILING**
(See Rider, attached)

Dated: March 28, 2022                    Yours,

                                         JAROSLAWICZ & JAROS PLLC
                                         *Attorneys for plaintiff*

                                         By: _____
                                         Elizabeth Eilender, of counsel
                                         225 Broadway, 24th Floor
                                         New York, New York 10007
                                         (212) 227-2780
                                         eeilender@lawjaros.com

Defendant's address:

Amazon.com, Inc.
7 West 34th Street
New York, New York 10001

410 Terry Avenue, N.
Seattle, Washington 98109

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM    INDEX NO. 152558/2022

NYSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 03/28/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY NEW YORK
----------------------------------------------------------------------x

SHANNON O'TOOLE,

                            Plaintiff,

      -against-

AMAZON.COM, INC. a/k/a AMAZON.COM SERVICES,
INC. d/b/a AMAZON.COM and AMAZON
MARKETPLACE

                       .   Defendant.

----------------------------------------------------------------------x

Index No.    152558/2022

**VERIFIED COMPLAINT**

Plaintiff, by her attorneys, Jaroslawicz & Jaros PLLC complaining of the defendant, upon information and belief, alleges as follows:

### THE PARTIES

1.      At all times hereinafter mentioned, plaintiff is a resident of the State of New York.

2.      At all times hereinafter mentioned, defendant AMAZON.COM, INC. a/k/a AMAZON.COM SERVICES INC. d/b/a AMAZON.COM and AMAZON MARKETPLACE ("Amazon") was and is a foreign C Corporation with its principal place of business located at 410 Terry Avenue N., Seattle, Washington 98109 with a New York City office located 7 West 34th Street, New York, New York.

3.      At all times hereinafter mentioned, defendant Amazon operated an online marketplace for consumers at: **amazon.com**, that includes listings for consumer products, as that term is defined at Section 3(a)(5) of the Consumer Product Safety Act and 15 U.S.C.

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM
NYSCEF DOC. NO. 1

INDEX NO. 152558/2022
RECEIVED NYSCEF: 03/28/2022

§2052(a)(5). *See, In the Matter of Amazon.com, Inc., Docket no. 21-2. Complaint issued by the United States of America Consumer Product Safety Commission*

4.      Though the website amazon.com, defendant Amazon offers an e-commerce marketplace in which Amazon and its users can connect with consumers via the internet, expanding sales opportunities beyond traditional brick-and-mortar and direct retail sales channels. *Id.* at ¶8.

5.      At all times hereinafter mentioned, defendant Amazon was in the business of marketing, promoting, selling, distributing, delivering and otherwise placing into the stream of commerce, "hundreds of millions of unique products," including but not limited to *Ariella Mole Corrector Skin Tag Remover* in the State of New York and elsewhere ("Ariella Mole Remover" "Product") purchased by plaintiff. Amazon.com Inc. Annual Report (Form 10-K) 3, (2/21/21)

6.      According to Amazon's order tracking details for the Product purchased by plaintiff, the Product was allegedly sold by "Next Gratitude," an Amazon seller with no meaningful identification.

7.      On its website defendant Amazon touts the Product as an "Amazon Choice" selection and claims it is made of "natural plant extracts" and contains an "advanced blend of concentrated natural ingredients … contributes to broad spectrum healing properties." **Exhibit A**, Amazon marketing and promotion materials.

8.      Upon information and belief, Amazon's marketing of the Product is deceptive and intentionally misleads consumers by using words and phrases such as "natural" and "healing properties" in describing the Product in order to lure consumers into believing the Product is safe and without risk, which it is neither.

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM
NYSCEF DOC. NO. 1

INDEX NO. 152558/2022

RECEIVED NYSCEF: 03/28/2022

9.      Upon information and belief, there is nothing written on the Product box or any accompanying literature or on Amazon's website to warn consumers that the Product is dangerous, unfit for the purpose intended, and can burn a user's skin causing infection, scarring and other harm.

10.     Amazon's website tells customers to "contact the seller directly for warranty information for this product … you may also be able to find warranty information on the manufacturer's website."

11.     Upon information and belief, this instruction is meaningless for the Product in question as there is no website and no manufacturer identified by anything on the Product packaging other than "Made in China."

12.     Upon information and belief, defendant Amazon's purported "A to Z Claims Process for Property Damage and Personal Injury" ("Claims Process") is illusory. **Exhibit B**.

13.     The Claims Process, which Amazon promotes as "quick and efficient" conspicuously excludes any payments for non-economic damages, attorneys' fees, punitive damages and other losses.

14.     Consumers such as the plaintiff are not knowingly dealing with unidentified companies, they are reading and relying upon marketing language on Amazon's website, ordering the products from Amazon, paying Amazon and relying on Amazon's integrity that the Product is their "Choice". **Exhibit A**.

15.     Upon information and belief, whatever secret relationships exist between Amazon and sellers who sell and distribute dangerous products through the Amazon website, should not inure to defendant's benefit or worse, immunize Amazon from liability under consumer protection, product liability, breach of warranty and negligence laws in the United States.

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM

NYSCEF DOC. NO. 1

INDEX NO. 152558/2022

RECEIVED NYSCEF: 03/28/2022

16.     Defendant Amazon is in the best position to be aware that products sold on their website, including the *Ariella Mole Remover* at issue herein, injure consumers while Amazon profits from promoting and selling the Product.

17.     Upon information and belief, despite actual knowledge that the Product caused burns, scarring and other injuries, defendant Amazon continued to market, sell and continued to sell and distribute the Product for profit.

18.     Upon information and belief, Amazon did not perform any testing on the Product prior to marketing, promoting, selling and distributing it to plaintiff.

19.     One of Amazon's strategies has been to "expand aggressively into multiple business lines" *Amazon's Antitrust Paradox*, 126 Yale L.J. 710 citing Amazon.com, Inc., Annual Report (Form 10-K) 4 (January 28, 2016)

20.     In addition to being a retailer, Amazon is a marketing platform, for which it gets paid handsomely and without which plaintiff would not have been aware of the Product and would not have purchased the Product. *Id.*

21.     Sellers sell their wares through Amazon Marketplace where they list their goods on Amazon's platform. Amazon earns "… fixed fees, a percentage of sales, per-unit activity fees, interest, or some combination thereof for [their] seller programs" collecting fees ranging from 6% to 50% of their sales from them. Amazon.com Inc. Annual Report (Form 10-K) 3, (2/21/21) and *Amazon's Antitrust Paradox*, 126 Yale L.J. 710, citing Angus Loten & dam Janofsky, Sellers Need Amazon, but at What Cost?, WALL ST. J. (Jan. 14, 2015, 6:30 PM).

22.     Amazon's ability to be on notice that a product sold on their website is injuring people would be mere child's play, and in fact Amazon was fully aware of the Product's dangers and yet continued to not only sell it but also to promote it as their "Choice".

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM    INDEX NO. 152558/2022

NYSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 03/28/2022

23.     Amazon readily admits in its Annual Report that it is subject to product liability

claims when people are harmed by the products sold and/or manufactured by Amazon:

> Some of the products we sell or manufacture expose us to product
> liability or food safety claims relating to personal injury or illness,
> death, or environmental or property damage, and can require
> product recalls or other actions. Third parties who sell products
> using our services and stores also expose us to product liability
> claims. Although we maintain liability insurance, we cannot be
> certain that our coverage will be adequate for liabilities actually
> incurred or that insurance will continue to be available to us on
> economically reasonable terms, or at all. Although we impose
> contractual terms on sellers that are intended to prohibit sales of
> certain type of products, we may not be able to detect, enforce, or
> collect sufficient damages for breaches of such agreements. In
> addition, some of our agreements with our vendors and sellers do
> not indemnify us from product liability. [emphasis added]

Amazon.com, Inc. Annual Report (Form 10-K) 14, (2/21/21).

24.     If Amazon "may not be able to detect, enforce, or collect sufficient damages"

then how is an ordinary consumer such as the plaintiff supposed to be compensated for damages

sustained from a defective product sold by Amazon allegedly made in China?

## THE UNDERLYING FACTS

25.     On or about May 14, 2021 and prior thereto, the Product was touted to plaintiff

for sale on defendant Amazon's website amazon.com as an "Amazon Choice" selection. **Exhibit**

**A.**

26.     On or about May 14, 2021, plaintiff ordered the Product from defendant

Amazon's website.

27.     Plaintiff paid Amazon.com a/k/a Amazon Marketplace the sum of $21.99 using

her MasterCard credit card to purchase the Product.

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM   INDEX NO. 152558/2022
NYSCEF DOC. NO. 1                                                RECEIVED NYSCEF: 03/28/2022

28.    Plaintiff reasonably believed that she was purchasing the Product from defendant Amazon as the seller because she ordered it from their website and paid them for the Product.

29.    On or about May 16, 2021, the Product was delivered to plaintiff by Amazon.

30.    On or about May 25, 2021 plaintiff used the Product in accordance with the purported packaging instructions and applied the Product to various moles and skin tags on her body.

31.    Plaintiff followed all instructions on the Product packaging and labels.

32.    After only a few minutes, plaintiff's skin began to burn despite plaintiff's immediate efforts to remove the Product from her skin.

33.    Plaintiff's condition began to rapidly deteriorate and she was required to seek emergency medical treatment including but not limited to hospitalization.

34.    While plaintiff was making use of the Product as aforesaid in a manner intended and anticipated by the defendant, the Product burned plaintiff's skin throughout her body causing plaintiff to require extensive medical treatment including hospitalization and to suffer severe and permanent personal injuries.

### AS AND FOR A FIRST CAUSE OF ACTION AS AGAINST DEFENDANT

35.    The *Ariella Mole Remover* was defectively designed, manufactured, fabricated, tested, labeled, inspected, marketed, distributed, monitored, promoted, and sold by defendant.

36.    The Product was defective and unreasonably dangerous when the defendant placed it into the stream of commerce because it was advertised to safely and naturally remove moles and skin tags and instead horribly burned and scarred the plaintiff when used as intended.

37.    Despite due notice and actual knowledge of the defective Product and the imminent risk of harm said defect posed to consumers, defendant purposefully concealed said

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM   INDEX NO. 152558/2022

NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 03/28/2022

defect, refused/failed to notify consumers, failed to recall the Product and continued to market, sell and distribute the defective Product to consumers including but not limited to plaintiff.

38.     Notwithstanding the foregoing due notice, defendant intentionally concealed such information, failed to provide adequate warnings or instructions concerning the product and continued to consistently market the Product as "natural," "easy to apply," "contributes to broad spectrum healing properties" with the "goal of helping people feel and look their best." **Exhibit A.**

39.     The defects in the Product were a proximate cause of the damages suffered by plaintiff.

40.     As a result of the defendant's negligent, willful, wanton, malicious, and reckless conduct, while using the Product as intended, plaintiff was caused to suffer severe and permanent personal injuries, including, but not limited to, painful chemical burns on her neck, torso, breasts and stomach; Product felt like an acid eating into plaintiff's skin and spread to surrounding areas of skin to which the Product had not even been applied; extensive skin bubbles and puss filled blisters; infection set in and caused fever, pain and severe cellulitis; required IV antibiotics; confined to the hospital; required several hospital admissions; suffered 3rd degree burns and sepsis; permanent scarring and cosmetic deformity and skin discoloration; rashes, sores, hives, blisters and wounds throughout her body; severe infection; fever; increased heart rate; contusions; discoloration of skin; scarring with cosmetic deformity; requires special stockings and dressings; is and will continue to be unable to have sun exposure; required hospital and medical care and attention, including specialized burn care and will require such treatment in the future; required pain medication; pain, blistering, bleeding, oozing and itching throughout her body; decreased sensation to the skin covering the entire body is anticipated; will require medical

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM          INDEX NO. 152558/2022
NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 03/28/2022

and nursing care and treatment including plastic surgery and wound care; may require debridement and skin grafts; requires light therapy, laser treatments and other dermatological treatment; required assistance with activities of daily living; unable to attend to her usual duties and vocation; extreme pain and suffering; mental anguish and distress; depression; anxiety; difficulty sleeping; unable to move; required prescription medication for antibiotics; incurred thousands of dollars in medical bills and future medical treatment and costs are anticipated; embarrassment of appearance and skin deformities; unable to wear certain types of clothing; and plaintiff has been otherwise damaged, all of which damages are permanent in nature and continuing into the future.

41.     By reason of the foregoing, plaintiff is entitled to recover all of her damages from the defendant.

42.     The conduct of defendant was so willful, wanton, malicious, reckless and in such disregard for the consequences as to reveal a conscious indifference to the clear risk of death or serious bodily injury and merits the imposition of punitive damages in addition to actual damages.

### AS AND FOR A SECOND CAUSE OF ACTION AS AGAINST DEFENDANT

43.     Plaintiff repeats, reiterates and realleges each of the foregoing allegations with the same force and effect as if more fully set forth at length herein.

44.     The defendant warranted and represented, both expressly and impliedly, that the *Ariella Mole Remover* was reasonably safe, fit for its intended purpose and reasonably foreseeable use and of merchantable quality. See, UCC §2-314 and 2-315.

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM          INDEX NO. 152558/2022
NYSCEF DOC. NO. 1                                        RECEIVED NYSCEF: 03/28/2022

45.     Plaintiff relied upon the skill and judgment of the defendant and upon the aforesaid warranties and representations and expected that the Product was reasonably safe and fit for the purpose for which it was intended.

46.     The defendant's representations and warranties were false and misleading and were breached because the Product was defective, hazardous, dangerous, not reasonably safe, not fit for its intended or reasonably foreseeable uses, not of merchantable quality, and did not meet the expectations of consumers, including plaintiff.

47.     That, in fact, the Product was not fit for the purpose for which it was intended; the Product was defective and not properly formulated; it was not properly prepared; used improper and inferior materials; was designed to burn through skin; was of inferior quality; was not properly inspected prior to being manufactured, or sold; failed to contain proper and adequate warnings.

48.     Thus, the defendant breached their express and implied warranties.

49.     The defendant's breaches were a proximate cause of the damages suffered by the plaintiff as set forth above.

50.     By reason of the foregoing, plaintiff is entitled to recover all of her damages from the defendant.

51.     The conduct of defendant was so willful, wanton, malicious, reckless and in such disregard for the consequences as to reveal a conscious indifference to the clear risk of death or serious bodily injury and merits the imposition of punitive damages in addition to actual damages.

## AS AND FOR A THIRD CAUSE OF ACTION AS AGAINST DEFENDANT

52.    Plaintiff repeats, reiterates and realleges each of the foregoing allegations with the same force and effect as if more fully set forth at length herein.

53.    The defendant was reckless, careless and negligent in designing, manufacturing, assembling, testing, labeling, inspecting, marketing, distributing, monitoring, promoting, and selling the Product; in marketing and selling a Product which burned the plaintiff; in causing and failing to prevent severe reactions to the Product; in falsely advertising the purported benefits of the Product; in failing to convey the risks of the Product that it would cause 3rd degree chemical burns; in conveying false benefits of the Product to remove moles and skin tags; in deceptively and falsely advertising, promoting and stating that Product was safe and "natural" to mislead consumers without disclosing or warning of any potential risks; in launching a force or instrument of harm; in violating all applicable statutes, rules and regulations; in failing to remove the Product from defendant's website despite actual knowledge of its dangers; in marketing and selling a defective product despite being on actual notice of its dangers; and defendant was otherwise, reckless, careless and negligent.

54.    The defendant was aware of the defects and dangers caused by the Product through numerous other incidents, public message board postings, customer complaints, reports and other sources but negligently failed to take the appropriate steps to redesign or remove the Product from Amazon's website and defendant continued to market and sell the Product even after being put on notice of serious injuries resulting from use of the Product.

55.    The defendant failed to warn that the Product was of inferior quality, dangerous and could cause serious harm; created a dangerous condition; and failed to recall or remove the

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM
NYSCEF DOC. NO. 1

INDEX NO. 152558/2022
RECEIVED NYSCEF: 03/28/2022

Product from its website even after receiving numerous reports of persons being injured due to the Product.

56.     The defendant's negligence was a proximate cause of the damages suffered by plaintiff as set forth above.

57.     By reason of the foregoing, plaintiff is entitled to recover all of her damages from the defendant.

58.     The conduct of defendant was so willful, wanton, malicious, reckless and in such disregard for the consequences as to reveal a conscious indifference to the clear risk of death or serious bodily injury and merits the imposition of punitive damages in addition to actual damages.

WHEREFORE, plaintiff demands judgment against the defendant, to recover for all of her damages, including punitive damages, all together with the costs and disbursements of this action.

Dated: March 28, 2022
      New York, New York

JAROSLAWICZ & JAROS PLLC
Attorneys for Plaintiff
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780

By: _____

    **Elizabeth Eilender**
    **David Jaroslawicz**

FILED: NEW YORK COUNTY CLERK 03/24/2022 05:23 PM  INDEX NO. 152558/2022
NYSCEF DOC. NO. 1                                      RECEIVED NYSCEF: 03/28/2022

## VERIFICATION

Elizabeth Eilender, of counsel to the firm of JAROSLAWICZ & JAROS PLLC, attorneys for the plaintiff in the within action, duly admitted to practice in the Courts of the State of New York, affirms the following statements to be true under the penalties of perjury, pursuant to CPLR 2106(a).

That she has read the foregoing **Complaint** and knows the contents thereof; that the same is true to his own knowledge except as to those matters therein stated to be alleged upon information and belief, and that as to those matters, he believes them to be true.

Affiant further states that the source of her information and the grounds of his belief are derived from the file maintained in the normal course of business of the attorneys for the plaintiff(s).

Affiant further states that the reason this affirmation is not made by the plaintiff is that at the time this document was being prepared, the plaintiff was not within the County of New York, which is the County where the attorney for the plaintiff herein maintains their office.

Dated: New York, New York
       March 28, 2022

ELIZABETH EILENDER

13

FILED: NEW YORK COUNTY CLERK 03/28/2022 02:27 PM
NYSCEF DOC. NO. 2

INDEX NO. 152558/2022

RECEIVED NYSCEF: 03/28/2022







Exhibit A

FILED: NEW YORK COUNTY CLERK 03/28/2022 02:27 PM

NYSCEF DOC. NO. 2

INDEX NO. 152558/2022

RECEIVED NYSCEF: 03/28/2022



FILED: NEW YORK COUNTY CLERK 03/28/2022 02:27 PM   INDEX NO. 152558/2022

NYSCEF DOC. NO. 2                                            RECEIVED NYSCEF: 03/28/2022

Deliver to Elizabeth
New York 10128          All ▾   ariella mole and skin tag remover          Hello, Elizabeth          Returns          0
                                                                          Account & Lists ▾    & Orders

All   Buy Again   Amazon Business ▾   Shopper Toolkit   Groceries ▾   Livestreams   Health & Household          Shop deals for college

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improver

fresh          Shop paper and plastic          Learn more

‹ Back to results



Removal
nent-Made of
l Plant
ts-Simple and
Apply Skin Tag
er & Mole
tor and Repair
Set,

lla

2,598 ratings

hoice ✔ for "ariella mole an…

/21.99 Details

$19.99 ($58.79 / Fl Oz)
FREE One-Day
& FREE Returns
2.00 (9%)

Coupon ☑   Save an extra $2.00
when you apply this
coupon.
Details

Get $100 off instantly: Pay $0.00
upon approval for the Amazon Prime
Rewards Visa Card.

- **NATURAL INGREDIENTS :** Our skin
  tag remover contains an advanced
  blend of concentrated natural
  ingredients, Our active ingredient
  contributes broad spectrum healing
  properties in our unique lotion
  formula.
- **FAST & EFFECTIVE:** In most cases,
  skin tags and moles will fall off
  naturally within 7 - 10 days. We
  created this formula with the goal
  of helping people feel & look their
  best!
- **SUITABLE FOR FOOT AND BODY --**
  Our amazing Skin Tag Repair Liquid
  can be used for almost all skin
  types and can be used on the foot
  and body.
- **EASY TO USE:** It's specially
  designed to be easy to use, you can
  remove skin tags in the privacy of
  your own home.

Roll over image to zoom in

**Buy new:**                    $19.99
FREE One-Day
& FREE Returns

**FREE delivery: Tomorrow**
Order within 8 hrs and 56
mins Details

Deliver to Elizabeth - New
York 10128

In Stock.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by      Melody Eagle
             (683 r...
             100% positive ov...

Details

Return policy: This item is
returnable
☐ Add a gift receipt for
easy returns

**Save with Used - Like New**
$17.99

**FREE delivery: Monday, July
26**
Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

Add to Registry & Gifting

New & Used (4) from
$17.99

Share

**Other Sellers on Amazon**

FILED: NEW YORK COUNTY CLERK 03/28/2022 02:27 PM
NYSCEF DOC. NO. 2

INDEX NO. 152558/2022
RECEIVED NYSCEF: 03/28/2022

• CONTACT US IF NEEDED: We want you to be satisfied with your purchase, and stand by the quality of our products. Should you for any reason be unhappy with your purchase, please contact us

Compare with similar items

New & Used (4) from $17.99

Report incorrect product information.



**Introducing Amazon Pharmacy**
Now, being an Amazon Prime member can help you save more—with select meds as low as $1/month and free two-day delivery. Learn more >

$19.99 ($58.79 / Fl Oz)  Add to Cart

Sold by: Next Gratitude

$19.99 ($58.79 / Fl Oz)  Add to Cart
FREE One-Day

Sold by: Forlife You

Have one to sell?

Sell on Amazon

## Frequently bought together

 +  + 

Total price: $70.93

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

☑ This item: Ariella Removal Treatment-Made of Natural Plant Extracts-Simple and Easy to Apply Skin Tag Remover &...  $19.99 ($58.79/Fl Oz)
☑ Ulensy Skin Tag Remover, Standard Skin Tag Removal Kit with 36Pcs Repair Patches for Face, Neck, Finger and Body,...  $23.99 ($23.99/Count)
☑ Auto TagBand Micro Skin Tag Remover Device for Small Skin Tags. Easy Application in Minutes (includes 10x Remov...  $26.95 ($26.95/Count)

## 4 stars and above

Sponsored ⓘ



NuFACE Petite Facial Toning Device | Mini Facial Trainer Device + Hydrating Leave-O...
1,428
$156.75



Ulensy Skin Tag Remover, Micro Skin Tag Removal Kit with 36Pcs Repair Patches for F...
4,465
$23.99



Skin Tag Remover and Repair Lotion Set, Mole Remover and Repair, Premium Natural In...
58
$17.98



Premium Skin Tag Remover Tool Kit with 36 PCS Repair Patches to remove (2mm to 6mm)...
101
Limited time deal
$14.44
List: $18.99 (24% off)



Skin Tag Repair Kit Portable Beauty Equipment With Home Usage, USB Charging
382
$25.99

## Products related to this item

Sponsored ⓘ

FILED: NEW YORK COUNTY CLERK 03/28/2022 02:27 PM
NYSCEF DOC. NO. 2

INDEX NO. 152558/2022
RECEIVED NYSCEF: 03/28/2022







| Getsocio Skin Tag Remover - Mole & Tag Corrector, Skin Tag & Mole Treatment, Mole... | Extreme Skin Tag Remover by DABIDA-Skin Tag Removal Treatment, Mole... | Dermicell Mole and Skin Tag Corrector Remover Dermicool Dermi Cell Advanced Pro War... | Dr. Scholl's FreezeAway Wart Remover Dual Action, 7 Applications / Freeze Therapy +... | Dermicell Mole and Skin Tag Corrector Remover Dermicool Dermi Cell Advanced Pro War... |
|---|---|---|---|---|
| 25 | 2 | | 6,334 | |
| $21.99 | $19.99 | $35.95 | $15.60 | $89.95 |

## Special offers and product promotions

**Get a $60 Amazon Gift Card** upon approval for the Amazon Prime Store Card.

## Have a question?

Find answers in product info, Q&As, reviews

> Type your question or keyword

## From the manufacturer

No matter where your skin tag may be, Ariella skin tag remover is the low cost effective way to get rid of them. Just pay attention to avoid some body parts, it might be strong for sensitive body parts, like eyes or lip area.

### Mole Correction and Skin Tag Removal Made Easy With Just One Application!

Simply apply skin tag remover to any unwanted mole or skin tag and watch them quickly disappear! Some see results in 1-2 weeks!

- Powerful, All-Natural Alternative Solution
- With our skin tag removal and mole correction cream, you can now remove your unwanted skin tags in the comfort of your own home.
- Works On Moles and Skin Tags On Your Face & Body

FILED: NEW YORK COUNTY CLERK 03/28/2022 02:27 PM
INDEX NO. 152558/2022

NYSCEF DOC. NO. 3
RECEIVED NYSCEF: 03/28/2022

Hello
Select your address    All ▾

All    Best Sellers    Amazon Basics    New Releases    Customer Service    Today's Deals    Prime ▾

Hello, Sign in
Account & Lists ▾

Returns
& Orders        0

Support women-owned small businesses

## Help & Customer Service

‹ All Help Topics

### A-to-z Guarantee

Request an A-to-z Guarantee Refund

A-to-z Claim Time Frames

Cancel a Request for A-to-z Guarantee Refund

Appeal a Denied A-to-z Guarantee Refund

A-to-z Guarantee

Amazon Marketplace Guarantee and Refund (Chargeback) from Credit Card Companies

A-to-z Claims Process Terms and Conditions

**A-to-z Claims Process for Property Damage and Personal Injury**

### Find more solutions

Ordering › Ordering From Third-Party Sellers › A-to-z Guarantee ›

## A-to-z Claims Process for Property Damage and Personal Injury

The A-to-z Claims Process for Property Damage and Personal Injury supports customers in the rare instance where a defective product sold through Amazon.com causes property damage or personal injury – including products sold by Amazon or by one of our third-party selling partners.

To request compensation for property damage or personal injury that you believe was caused by a defective product purchased on Amazon, contact us. Once you file a claim, we'll work with you directly or through our external claims administrator to collect information, investigate the claim, and attempt to facilitate a resolution with you, and if necessary our selling partner and their insurance providers. Keep in mind that you will be asked to provide evidence to support your claim.

If you choose to request compensation under the A-to-z Claims Process, you must do so within 90 days after the incident occurs. We reserve the right to determine the amount, if any, to offer you to resolve your claim, and we may reject claims that we believe are unsubstantiated, frivolous, or abusive, or claims that are not covered by the A-to-z Claims Process.

**Note:** For information about our A-to-z Guarantee for timely delivery and condition of products sold and fulfilled by a third-party seller, see A-to-z Guarantee.

All claims are subject to the A-to-z Claims Process Terms & Conditions.

Was this information helpful?

Yes    No

### Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return items

 prime  **Manage Prime**
Cancel or view benefits

 **Payment Settings**
Add or edit payment methods

 **Carrier Info**
Shipping carrier information

 **Account Settings**
Change email or password

Back to top

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

# Exhibit B

FILED: NEW YORK COUNTY CLERK 03/28/2022 02:27 PM INDEX NO. 152558/2022
NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 03/28/2022

Hello
Select your address      All ▾

Hello, Sign in
Account & Lists ▾     Returns
& Orders        0

All   Best Sellers   Amazon Basics   New Releases   Customer Service   Today's Deals   Prime ▾        Support women-owned small businesses

## Help & Customer Service

‹ All Help Topics

### A-to-z Guarantee

Request an A-to-z Guarantee
Refund

A-to-z Claim Time Frames

Cancel a Request for A-to-z
Guarantee Refund

Appeal a Denied A-to-z
Guarantee Refund

A-to-z Guarantee

Amazon Marketplace Guarantee
and Refund (Chargeback) from
Credit Card Companies

**A-to-z Claims Process Terms
and Conditions**

A-to-z Claims Process for
Property Damage and Personal
Injury

### Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return
items

 **Manage Prime**
Cancel or view
benefits

 **Payment Settings**
Add or edit payment
methods

 **Carrier Info**
Shipping carrier
information

 **Account Settings**
Change email or
password

**Find more solutions**

Ordering › Ordering From Third-Party Sellers › A-to-z Guarantee ›

# A-to-z Claims Process Terms and Conditions

**Last Updated August 10, 2021**

By making a claim for compensation for property damage or personal injury under the A-to-z Claims Process, you agree to the following Terms and Conditions. Please read them carefully.

1. As a convenience to you (our customers), Amazon offers a quick and efficient process for attempting to resolve requests for compensation for personal injury and property damage caused by defective products purchased through Amazon.com (the "A-to-z Claims Process" or "Process"). The Process is not insurance or a warranty, and it does not replace any applicable insurance or warranty that may be available to you. The Process does not guarantee payment of any amount, and Amazon reserves the right to reject any request made through this process. By offering this Process, we are not waiving any other rights or assuming any other obligations than those expressly stated in these terms.

2. The A-to-z Claims Process applies only to physical products you have purchased through Amazon.com, regardless of who sells those products. It does not cover digital items, payments for services, stored value instruments, or products sold through other stores by parties who might otherwise be affiliated with Amazon.

3. Any offers of compensation made through the A-to-z Claims Process will be limited to (a) the purchase price of the product; and (b) compensation of up to $1 million for medical expenses, lost wages, and property damage proximately caused by a defective product. Amazon will not offer to compensate you for non-economic damages, business losses, consequential and incidental damages, attorney fees, punitive damages, or other losses.

4. You are not obligated to make claims through the A-to-z Claims Process. If you choose to make a claim through the A-to-z Claims Process, you must do so within 90 days after the incident giving rise to your claim occurs. If you choose not to make a claim or miss this deadline, neither you nor Amazon waives any rights or defenses relating to any claims you might have.

5. If you do make a claim through the A-to-z Claims Process, you agree you will not file a claim in an alternative forum (like a court or arbitration) until we have a chance to notify you of a decision on your claim. Claims made under the A-to-z Claims Process are usually resolved within 90 days. You may withdraw a claim made under this Process at any time by giving us notice in writing, with your claim identification number, at a-to-z-claim-withdrawal@amazon.com.

6. In order to file a complete claim, you will provide enough information to allow us to investigate your claim. If you are filing a claim for personal injury or property damage, you will need to provide evidence of your loss, like insurance records, photographs, repair bills, wage records, or medical bills. We may ask you for more information in order to complete your claim. By making a claim, you authorize us or our agents to contact any third parties who may have knowledge of your claim to inquire about your claim, including your medical providers, your insurers, or any witnesses to the event. You also authorize us to share information about your claim with parties necessary to investigate your claim, including the seller, their insurer, and our insurer. For more information about how Amazon handles your personal information, please see our Privacy Notice.

7. Amazon and its agents reserve the right to determine the amount, if any, to offer you to attempt resolve a claim made through the A-to-z Claims Process. We will act in good faith to offer you fair compensation. We may involve the seller in our determination and we may use independent sources like insurance industry schedules. We may reject claims that

we believe are unsubstantiated, frivolous, or abusive. We may reject claims if you do not respond to our requests for information or if the information you provide is inaccurate. We may reject claims if there is not sufficient evidence that the product was defective or if the defect did not cause the damage claimed by the customer. We may reject claims that we believe would be better suited to resolution in court. If we reject a claim for any reason, neither you nor Amazon waives any rights or defenses relating to any claims you might have.

8. You are under no obligation to accept our offer to resolve your claim, but if you do accept it you agree that the claim is settled and finally resolved as to Amazon and the seller who sold the product. To the extent allowable by law, you will also assign your claim to us so that we can pursue recovery from other sources in our discretion. You may be required to sign a release and assignment form.

9. If you have already received compensation from another source such as the seller or manufacturer, you will not be eligible for recovery through the A-to-z Claims Process.

10. Any claims you make through the A-to-z Claims Process will be subject to the Amazon Conditions of Use, including its choice of law and dispute resolution provisions. In the event of a conflict between the Amazon Conditions of Use and these Terms and Conditions, the Terms and Conditions will govern.

---

**Was this information helpful?**

Yes | No

---

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---

English | United States

---

| Amazon Music | Amazon | Amazon | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Drive Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon | Amazon | AmazonGlobal | Home | Amazon Ignite | Amazon Web |
| Start a Selling Account | Business Everything For Your Business | Fresh Groceries & More Right To Your Door | Ship Orders Internationally | Services Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Services Scalable Cloud Computing Services |

FILED: NEW YORK COUNTY CLERK 03/28/2022 02:27 PM
NYSCEF DOC. NO. 3

INDEX NO. 152558/2022
RECEIVED NYSCEF: 03/28/2022

Hello
Select your address    All ▾

Hello, Sign in
Account & Lists ▾    Returns & Orders    0

All   Best Sellers   Amazon Basics   New Releases   Customer Service   Today's Deals   Prime ▾

Support women-owned small businesses

## Help & Customer Service

‹ All Help Topics

### A-to-z Guarantee

Request an A-to-z Guarantee Refund

A-to-z Claim Time Frames

Cancel a Request for A-to-z Guarantee Refund

Appeal a Denied A-to-z Guarantee Refund

**A-to-z Guarantee**

Amazon Marketplace Guarantee and Refund (Chargeback) from Credit Card Companies

A-to-z Claims Process Terms and Conditions

A-to-z Claims Process for Property Damage and Personal Injury

### Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return items

 **Manage Prime**
Cancel or view benefits

 **Payment Settings**
Add or edit payment methods

 **Carrier Info**
Shipping carrier information

 **Account Settings**
Change email or password

### Find more solutions

Ordering  ›  Ordering From Third-Party Sellers  ›  A-to-z Guarantee  ›

## A-to-z Guarantee

The A-to-z Guarantee protects you when you buy items sold and fulfilled by a third-party seller. It covers both the timely delivery and condition of your items. If you're not happy with either and can't resolve the issue directly with the seller, you can make a claim directly to Amazon and our team will decide if you're eligible for a refund.

You may be eligible to request an A-to-z Guarantee refund in the following cases:

- Your item hasn't arrived three days after the latest estimated delivery date.
- Your item hasn't arrived, but tracking says it was delivered.
- The item you received was damaged, defective, materially different, or you changed your mind and you returned it in line with Our Return Policies. However, if you haven't been refunded or the amount refunded was wrong. You must do the following:
  1. Request a return within the return period offered in Our Return Policies (or before the end of the extended return period for orders placed during the Christmas period).
  2. Return the item with tracked shipping. Your return must be postmarked within 14 days after you've arranged the return with the seller.

The refund amount you're entitled to is included below.

| Reason for return | Product cost | Original shipping cost | Return shipping cost |
|---|---|---|---|
| Item was damaged, defective, or materially different from what you ordered | Yes | Yes | Yes |
| Any other reason (restocking fees may be deducted from the total refund) | Yes | Yes | No |
| Any other reason (if Clothing, Shoes, Jewelry & Watches) | Yes | Yes | Yes (if in line with return policies on Free Returns on Fashion Items) |

- The seller agreed to issue a refund or replace the item and you haven't received the refund, the amount refunded was wrong, or the replacement item wasn't sent.
- You weren't satisfied with the quality of the eligible services performed by the third-party seller.
- You wanted to return an item that you bought from a seller but any of the following occurred:
  - The seller didn't provide a return address in the U.S.
  - The seller didn't provide a prepaid return label.

FILED: NEW YORK COUNTY CLERK 03/28/2022 02:27 PM INDEX NO. 152558/2022
NYSCEF DOC. NO. 3 RECEIVED NYSCEF: 03/28/2022

- ○ The seller didn't offer a full refund of the item without requesting the return of the item.
- You were charged extra (e.g, by customs authorities for a shipment sent internationally) in addition to the purchase price and any shipping costs you paid, and the seller didn't cover those costs.
- You've waited no longer than 90 days from the Estimated Delivery Date to file your claim.

**Note:**

- We may ask you to first contact the seller and wait up to 48 hours to allow the seller to respond and offer a resolution before you can request an A-to-z Guarantee refund directly from Amazon. To check your eligibility, go to Request an A-to-z Guarantee Refund.
- You have 90 days after the maximum estimated delivery date to request an A-to-z Guarantee refund.
- If you request a refund or chargeback from your payment provider (for e.g., your bank or credit card company), you're not eligible for a refund through Amazon's A-to-z Guarantee.
- The A-to-z Guarantee doesn't cover digital items, services, stored value instruments, or Spot Buys.
- The A-to-z Guarantee covering timely delivery and condition of your items only applies when you buy items sold and fulfilled by a third-party seller. For items sold by Amazon Global Store and for Marketplace items delivered using Prime, contact us. For items bought on third-party sites using Amazon Pay, go to Amazon Pay help.
- For A-to-z Guarantee claims covering property damage or personal injury due to a defective product sold in our store, see A-to-z Guarantee claims for Property Damage and Personal Injury.

---

Was this information helpful?

Yes    No

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Science | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |

English    United States

| Amazon Music Stream millions of songs | Amazon Advertising | Amazon Drive | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| --- | --- | --- | --- | --- | --- | --- |

FILED: NEW YORK COUNTY CLERK 03/28/2022 02:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 152558/2022

RECEIVED NYSCEF: 03/28/2022

1

**Rider to Summons**

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" [below]).

- **If you are not represented by an attorney:**
  **You will be served with all documents [on] paper and you must serve and file your documents [on] paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the Internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and file your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or [to obtain] more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or

- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

### Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).                EFM-1 (6/6/18)

EXHIBIT B

Case 1:22-cv-04382-VM   Document 1   Filed 05/27/22   Page 32 of 34

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------------X

SHANNON O'TOOLE,

Index No.:   152558/2022

Plaintiff,

**RESPONSE TO
DEMAND FOR
AMOUNT OF
DAMAGES PURSUANT
TO CPLR 3017(c)**

-against-

AMAZON.COM, INC., a/k/a AMAZON.COM
SERVICES, INC. d/b/a AMAZON.COM and
AMAZON MARKETPLACE,

Defendants.
--------------------------------------------------------------------------X

**THE FOLLOWING IS**, plaintiff's response, by her attorneys, JAROSLAWICZ &

JAROS, PLLC to the demand of the defendant for an amount of damages pursuant to

CPLR 3017(c) dated April 26, 2022:

Not to exceed ten million ($10,000,000.00) dollars including punitive damages.

Dated: New York, New York
April 28, 2022

By:   David Jaroslawicz
JAROSLAWICZ & JAROS, PLLC
Attorneys for Plaintiff
SHANNON O'TOOLE
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780

TO:   Beth S. Rose
Vincent Lodato
SILLS CUMMIS & GROSS, P.C.
Attorneys for Defendants

AMAZON.COM, INC.
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Kathryn Linton, being duly sworn, deposes and says:

That she is over eighteen years of age, is not a party to this action; and is employed by the attorney for the plaintiff(s) herein. That on April 28, 2022 she served the within:

### RESPONSE TO DEMAND FOR AMOUNT OF DAMAGES PURSUANT TO CPLR 3017(c)

upon the following, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper.

Beth S. Rose
Vincent Lodato
SILLS CUMMIS & GROSS, P.C.
Attorneys for Defendants
AMAZON.COM, INC.
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000

_____
Kathryn Linton

Sworn to before me this
28th    day of April, 2022

_____
Notary Public

BARBARA SIEGEL
Notary Public, State of New York
No. 01SI4635947
Qualified in Kings County
Commission Expires 10/31/2022